| Fill in this information to identify the case: |
|---|
| Debtor 1  KABIRULLAH NABI |
| Debtor 2  YALDA NABI  (Spouse, if filing) |
| United States Bankruptcy Court for the: Northern   District of California (State) |
| Case number  18-40861-WJL-13 |

# Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC

**Court claim no.** (if known): 25-1

**Last 4 digits** of any number you use to identify the debtor's account: 7  2  2  1

**Property Address:** 9085 ALCOSTA BLVD
Number    Street

SAN RAMON, CA  94583
City           State   ZIP Code

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 4,094.33

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ 0.00

c. **Total**. Add lines a and b.    less suspense bal. of $34.33    (c) $ 4,081.07

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    04/01/2023
MM / DD / YYYY

| Debtor 1 | KABIRULLAH NABI | Case number (if known) | 18-40861-WJL-13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

❏ I am the creditor

❏ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ /s/ CASSANDRA J. RICHEY
Signature

Date 05/26/2023

Print: CASSANDRA J.   RICHEY
First Name   Middle Name   Last Name

Title ATTORNEY FOR CREDITOR

Company BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address 3990 E. CONCOURS STREET SUITE 350
Number   Street

ONTARIO, CALIFORNIA 91764
City   State   ZIP Code

Contact phone (626) 371-7020

Email NDCAECF@BDFGROUP.COM

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, a true and correct copy of the Statement in Response to Notice of Final Cure Payment was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ CASSANDRA J. RICHEY                    05/26/2023
CASSANDRA J. RICHEY
CA NO. 155721
BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
3990 E. CONCOURS STREET SUITE 350
ONTARIO, CA 91764
Phone: (626) 371-7020, Fax: (972) 661-7725
E-mail: NDCAECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTORS:**
KABIRULLAH NABI
9085 ALCOSTA BLVD., NO. 408
SAN RAMON, CA 94583

YALDA NABI
9085 ALCOSTA BLVD., NO. 408
SAN RAMON, CA 94583

**DEBTOR'S ATTORNEY:**
RABIN J POURNAZARIAN
PRICE LAW GROUP
6345 BALBOA BLVD. # 247
ENCINO, CA 91316

**TRUSTEE:**
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

**UNITED STATES TRUSTEE:**
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

## Schedule of Outstanding Post-Petition Claim Amounts

| Description | Amount |
|---|---|
| **Post-Petition Due 04/1/2023 – 05/01/2023 iao $2,057.70 ea.** | $4,115.40 |
| **Suspense Balance** | $34.33 |
| TOTAL | **$4,081.07** |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | ▮ | | Last Name | NABI | | Case # | 18-40861 | | BK Filed Date | 4/13/2018 | | | |
| | | | | | | | | | 1st Post Due | 5/1/2018 | $2,054.36 | | |
| | | | | | | 2/1/2018 | $2,067.62 | | | 6/1/2019 | $2,038.33 | | |
| | | | | | | | | | | 6/1/2020 | $2,052.10 | | |
| | | | | | | | | | | 7/1/2021 | $2,049.00 | | |
| | | | | | | | | | | 5/1/2022 | $2,044.88 | | |
| | | | | | | | | | | 11/1/2022 | $2,057.70 | | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - | $ - | | |
| 6/8/2018 | $2,067.62 | $2,067.62 | | $2,067.62 | to debtor suspense | $2,067.62 | | | $2,067.62 | $ - | $ - | | |
| | | | | $2,067.62 | 1 pp payment | $(2,054.36) | $2,054.36 | | $13.26 | $2,054.36 | $ - | 5/1/2018 | |
| 6/11/2018 | | | $2,067.62 | $ - | 1 contractual payment | $(13.26) | $(2,054.36) | | $(0.00) | $ - | $ - | | 2/1/2018 |
| 7/10/2018 | $2,054.36 | $2,054.36 | | $2,054.36 | to debtor suspense | $2,054.36 | | | $2,054.36 | $ - | $ - | | |
| | | | | $2,054.36 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $2,054.36 | $ - | 6/1/2018 | |
| 8/6/2018 | $2,054.36 | $2,054.36 | | $4,108.72 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,054.36 | $ - | | |
| 8/6/2018 | $297.93 | $297.93 | | $4,406.65 | to trustee suspense | | | $297.93 | $2,054.36 | $2,054.36 | $297.93 | | |
| | | | | $4,406.65 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,108.72 | $297.93 | 7/1/2018 | |
| 8/20/2018 | | | $2,067.62 | $2,339.03 | 1 contractual payment | | $(2,067.62) | | $ - | $2,041.10 | $297.93 | | 3/1/2018 |
| 9/18/2018 | $125.23 | $125.23 | | $2,464.26 | to trustee suspense | | | $125.23 | $ - | $2,041.10 | $423.16 | | |
| 9/18/2018 | $2,054.36 | $2,054.36 | | $4,518.62 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,041.10 | $423.16 | | |
| | | | | $4,518.62 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,095.46 | $423.16 | 8/1/2018 | |
| 9/19/2018 | | | $2,067.62 | $2,451.00 | 1 contractual payment | | $(2,067.62) | | $ - | $2,027.84 | $423.16 | | 4/1/2018 |
| 10/9/2018 | $105.79 | $105.79 | | $2,556.79 | to trustee suspense | | | $105.79 | $ - | $2,027.84 | $528.95 | | |
| 10/9/2018 | $2,054.36 | $2,054.36 | | $4,611.15 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $528.95 | | |
| | | | | $4,611.15 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $528.95 | 9/1/2018 | |
| 10/10/2018 | | | $2,054.36 | $2,556.79 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $528.95 | | 5/1/2018 |
| 11/7/2018 | $2,054.36 | $2,054.36 | | $4,611.15 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $528.95 | | |
| | | | | $4,611.15 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $528.95 | 10/1/2018 | |
| 11/7/2018 | | | $2,054.36 | $2,556.79 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $528.95 | | 6/1/2018 |
| 11/7/2018 | $105.79 | $105.79 | | $2,662.58 | to trustee suspense | | | $105.79 | $ - | $2,027.84 | $634.74 | | |
| 12/10/2018 | $2,054.36 | $2,054.36 | | $4,716.94 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $634.74 | | |
| | | | | $4,716.94 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $634.74 | 11/1/2018 | |
| 12/10/2018 | | | $2,054.36 | $2,662.58 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $634.74 | | 7/1/2018 |
| 12/10/2018 | $105.79 | $105.79 | | $2,768.37 | to trustee suspense | | | $105.79 | $ - | $2,027.84 | $740.53 | | |
| 1/9/2019 | $2,054.36 | $2,054.36 | | $4,822.73 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $740.53 | | |
| 1/9/2019 | $105.79 | $105.79 | | $4,928.52 | to trustee suspense | | | $105.79 | $2,054.36 | $2,027.84 | $846.32 | | |
| | | | | $4,928.52 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $846.32 | 12/1/2018 | |
| 1/10/2019 | | | $2,054.36 | $2,874.16 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $846.32 | | 8/1/2018 |
| 2/7/2019 | $2,054.36 | $2,054.36 | | $4,928.52 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $846.32 | | |
| | | | | $4,928.52 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $846.32 | 1/1/2019 | |
| 2/7/2019 | | | $2,054.36 | $2,874.16 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $846.32 | | 9/1/2018 |
| 2/7/2019 | $105.79 | $105.79 | | $2,979.95 | to trustee suspense | | | $105.79 | $ - | $2,027.84 | $952.11 | | |
| 3/11/2019 | $2,054.36 | $2,054.36 | | $5,034.31 | to debtor suspense | $2,054.36 | | | $2,054.36 | $2,027.84 | $952.11 | | |
| | | | | $5,034.31 | 1 pp payment | $(2,054.36) | $2,054.36 | | $ - | $4,082.20 | $952.11 | 2/1/2019 | |
| 3/11/2019 | | | $2,054.36 | $2,979.95 | 1 contractual payment | | $(2,054.36) | | $ - | $2,027.84 | $952.11 | | 10/1/2018 |

| LOAN NUMBER | | | | | Last Name | NABI | | | Case # | 18-40861 | | BK Filed Date | 4/13/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1st Post Due | 5/1/2018 | $ 2,054.36 |
| | | | | | | 2/1/2018 | $ 2,067.62 | | | | | | 6/1/2019 | $ 2,038.33 |
| | | | | | | | | | | | | | 6/1/2020 | $ 2,052.10 |
| | | | | | | | | | | | | | 7/1/2021 | $ 2,049.00 |
| | | | | | | | | | | | | | 5/1/2022 | $ 2,044.88 |
| | | | | | | | | | | | | | 11/1/2022 | $ 2,057.70 |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2019 | $ 105.79 | $ 105.79 | | $ 3,085.74 | to trustee suspense | | | $ 105.79 | $ - | $ 2,027.84 | $ 1,057.90 | | |
| 4/15/2019 | $ 2,054.36 | $ 2,054.36 | | $ 5,140.10 | to debtor suspense | $ 2,054.36 | | | $ 2,054.36 | $ 2,027.84 | $ 1,057.90 | | |
| | | | | $ 5,140.10 | 1 pp payment | $ (2,054.36) | $ 2,054.36 | | $ - | $ 4,082.20 | $ 1,057.90 | 3/1/2019 | |
| 4/15/2019 | | | $ 2,054.36 | $ 3,085.74 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 2,027.84 | $ 1,057.90 | | 11/1/2018 |
| 4/15/2019 | $ 105.79 | $ 105.79 | | $ 3,191.53 | to trustee suspense | | | $ 105.79 | $ - | $ 2,027.84 | $ 1,163.69 | | |
| 5/8/2019 | $ 105.79 | $ 105.79 | | $ 3,297.32 | to trustee suspense | | | $ 105.79 | $ - | $ 2,027.84 | $ 1,269.48 | | |
| 5/8/2019 | $ 2,054.36 | $ 2,054.36 | | $ 5,351.68 | to debtor suspense | $ 2,054.36 | | | $ 2,054.36 | $ 2,027.84 | $ 1,269.48 | | |
| | | | | $ 5,351.68 | 1 pp payment | $ (2,054.36) | $ 2,054.36 | | $ - | $ 4,082.20 | $ 1,269.48 | 4/1/2019 | |
| 5/8/2019 | | | $ 2,054.36 | $ 3,297.32 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 2,027.84 | $ 1,269.48 | | 12/1/2018 |
| 6/10/2019 | $ 105.79 | $ 105.79 | | $ 3,403.11 | to trustee suspense | | | $ 105.79 | $ - | $ 2,027.84 | $ 1,375.27 | | |
| 6/10/2019 | $ 2,054.36 | $ 2,054.36 | | $ 5,457.47 | to debtor suspense | $ 2,054.36 | | | $ 2,054.36 | $ 2,027.84 | $ 1,375.27 | | |
| | | | | $ 5,457.47 | 1 pp payment | $ (2,054.36) | $ 2,054.36 | | $ - | $ 4,082.20 | $ 1,375.27 | 5/1/2019 | |
| 6/10/2019 | | | $ 2,054.36 | $ 3,403.11 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 2,027.84 | $ 1,375.27 | | 1/1/2019 |
| 7/9/2019 | $ 105.79 | $ 105.79 | | $ 3,508.90 | to trustee suspense | | | $ 105.79 | $ - | $ 2,027.84 | $ 1,481.06 | | |
| 7/9/2019 | $ 2,038.33 | $ 2,038.33 | | $ 5,547.23 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ 2,027.84 | $ 1,481.06 | | |
| | | | | $ 5,547.23 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 4,066.17 | $ 1,481.06 | 6/1/2019 | |
| 7/10/2019 | | | $ 2,054.36 | $ 3,492.87 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 2,011.81 | $ 1,481.06 | | 2/1/2019 |
| 8/8/2019 | $ 2,038.33 | $ 2,038.33 | | $ 5,531.20 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ 2,011.81 | $ 1,481.06 | | |
| 8/8/2019 | $ 179.63 | $ 179.63 | | $ 5,710.83 | to trustee suspense | | | $ 179.63 | $ 2,038.33 | $ 2,011.81 | $ 1,660.69 | | |
| | | | | $ 5,710.83 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 4,050.14 | $ 1,660.69 | 7/1/2019 | |
| 8/9/2019 | | | $ 2,054.36 | $ 3,656.47 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 1,995.78 | $ 1,660.69 | | 3/1/2019 |
| 9/10/2019 | $ 2,038.33 | $ 2,038.33 | | $ 5,694.80 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ 1,995.78 | $ 1,660.69 | | |
| 9/10/2019 | $ 494.38 | $ 494.38 | | $ 6,189.18 | to trustee suspense | | | $ 494.38 | $ 2,038.33 | $ 1,995.78 | $ 2,155.07 | | |
| | | | | $ 6,189.18 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 4,034.11 | $ 2,155.07 | 8/1/2019 | |
| 9/11/2019 | | | $ 2,054.36 | $ 4,134.82 | 1 contractual payment | | $ (2,054.36) | | $ - | $ 1,979.75 | $ 2,155.07 | | 4/1/2019 |
| 9/11/2019 | | | $ 2,054.36 | $ 2,080.46 | 1 contractual payment | | $ (1,979.75) | $ (74.61) | $ - | $ - | $ 2,080.46 | | 5/1/2019 |
| 10/9/2019 | $ 2,038.33 | $ 2,038.33 | | $ 4,118.79 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 2,080.46 | | |
| | | | | $ 4,118.79 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 2,080.46 | 9/1/2019 | |
| 10/9/2019 | | | $ 2,038.33 | $ 2,080.46 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 2,080.46 | | 6/1/2019 |
| 10/9/2019 | $ 560.74 | $ 560.74 | | $ 2,641.20 | to trustee suspense | | | $ 560.74 | $ - | $ - | $ 2,641.20 | | |
| 11/7/2019 | $ 2,038.33 | $ 2,038.33 | | $ 4,679.53 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 2,641.20 | | |
| | | | | $ 4,679.53 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 2,641.20 | 10/1/2019 | |
| 11/7/2019 | | | $ 2,038.33 | $ 2,641.20 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 2,641.20 | | 7/1/2019 |
| 11/7/2019 | $ 494.38 | $ 494.38 | | $ 3,135.58 | to trustee suspense | | | $ 494.38 | $ - | $ - | $ 3,135.58 | | |
| 12/13/2019 | $ 494.38 | $ 494.38 | | $ 3,629.96 | to trustee suspense | | | $ 494.38 | $ - | $ - | $ 3,629.96 | | |
| 12/13/2019 | $ 2,038.33 | $ 2,038.33 | | $ 5,668.29 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 3,629.96 | | |
| | | | | $ 5,668.29 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 3,629.96 | 11/1/2019 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | ▓▓▓ | | | Last Name | NABI | | | Case # | 18-40861 | | BK Filed Date | 4/13/2018 |
| | | | | | | | | | | | 1st Post Due | 5/1/2018 $ 2,054.36 |
| | | | | | | 2/1/2018 | $ 2,067.62 | | | | | 6/1/2019 $ 2,038.33 |
| | | | | | | | | | | | | 6/1/2020 $ 2,052.10 |
| | | | | | | | | | | | | 7/1/2021 $ 2,049.00 |
| | | | | | | | | | | | | 5/1/2022 $ 2,044.88 |
| | | | | | | | | | | | | 11/1/2022 $ 2,057.70 |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2019 | | | $ 2,038.33 | $ 3,629.96 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 3,629.96 | | 8/1/2019 |
| 1/9/2020 | $ 494.38 | $ 494.38 | | $ 4,124.34 | to trustee suspense | | | $ 494.38 | $ - | $ - | $ 4,124.34 | | |
| 1/9/2020 | $ 2,038.33 | $ 2,038.33 | | $ 6,162.67 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 4,124.34 | | |
| | | | | $ 6,162.67 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 4,124.34 | 12/1/2019 | |
| 1/9/2020 | | | $ 2,038.33 | $ 4,124.34 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 4,124.34 | | 9/1/2019 |
| 1/9/2020 | | | $ 2,038.33 | $ 2,086.01 | 1 contractual payment | | | $ (2,038.33) | $ - | $ - | $ 2,086.01 | | 10/1/2019 |
| 3/12/2020 | $ 4,076.66 | $ 4,076.66 | | $ 6,162.67 | to debtor suspense | $ 4,076.66 | | | $ 4,076.66 | $ - | $ 2,086.01 | | |
| | | | | $ 6,162.67 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ 2,038.33 | $ 2,038.33 | $ 2,086.01 | 1/1/2020 | |
| | | | | $ 6,162.67 | 1 pp payment | $ (2,038.33) | $ 2,083.33 | | $ - | $ 4,121.66 | $ 2,086.01 | 2/1/2020 | |
| 3/12/2020 | | | $ 2,038.33 | $ 4,124.34 | 1 contractual payment | | $ (2,083.33) | | $ - | $ 2,038.33 | $ 2,086.01 | | 11/1/2019 |
| 3/12/2020 | | | $ 2,038.33 | $ 2,086.01 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 2,086.01 | | 12/1/2019 |
| 3/12/2020 | $ 988.76 | $ 988.76 | | $ 3,074.77 | to trustee suspense | | | $ 988.76 | $ - | $ - | $ 3,074.77 | | |
| 4/17/2020 | $ 2,038.33 | $ 2,038.33 | | $ 5,113.10 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 3,074.77 | | |
| | | | | $ 5,113.10 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 3,074.77 | 3/1/2020 | |
| 4/17/2020 | | | $ 2,038.33 | $ 3,074.77 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 3,074.77 | | 1/1/2020 |
| 4/17/2020 | $ 494.38 | $ 494.38 | | $ 3,569.15 | to trustee suspense | | | $ 494.38 | $ - | $ - | $ 3,569.15 | | |
| 5/15/2020 | $ 2,038.33 | $ 2,038.33 | | $ 5,607.48 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 3,569.15 | | |
| | | | | $ 5,607.48 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 3,569.15 | 4/1/2020 | |
| 5/15/2020 | | | $ 2,038.33 | $ 3,569.15 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 3,569.15 | | 2/1/2020 |
| 5/15/2020 | $ 450.14 | $ 450.14 | | $ 4,019.29 | to trustee suspense | | | $ 450.14 | $ - | $ - | $ 4,019.29 | | |
| 5/18/2020 | | | $ 2,038.33 | $ 1,980.96 | 1 contractual payment | $ (2,038.33) | | | $ - | $ - | $ 1,980.96 | | 3/1/2020 |
| 5/18/2020 | | | $ 1.21 | $ 1,979.75 | POC late fees | | | $ (1.21) | $ - | $ - | $ 1,979.75 | | |
| 6/11/2020 | $ 2,038.33 | $ 2,038.33 | | $ 4,018.08 | to debtor suspense | $ 2,038.33 | | | $ 2,038.33 | $ - | $ 1,979.75 | | |
| | | | | $ 4,018.08 | 1 pp payment | $ (2,038.33) | $ 2,038.33 | | $ - | $ 2,038.33 | $ 1,979.75 | 5/1/2020 | |
| 6/11/2020 | | | $ 2,038.33 | $ 1,979.75 | 1 contractual payment | | $ (2,038.33) | | $ - | $ - | $ 1,979.75 | | 4/1/2020 |
| 6/11/2020 | $ 450.14 | $ 450.14 | | $ 2,429.89 | to trustee suspense | | | $ 450.14 | $ - | $ - | $ 2,429.89 | | |
| 7/13/2020 | $ 2,052.10 | $ 2,052.10 | | $ 4,481.99 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ - | $ 2,429.89 | | |
| | | | | $ 4,481.99 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,052.10 | $ 2,429.89 | 6/1/2020 | |
| 7/13/2020 | | | $ 2,038.33 | $ 2,443.66 | 1 contractual payment | | $ (2,038.33) | | $ - | $ 13.77 | $ 2,429.89 | | 5/1/2020 |
| 7/13/2020 | $ 140.59 | $ 140.59 | | $ 2,584.25 | to trustee suspense | | | $ 140.59 | $ - | $ 13.77 | $ 2,570.48 | | |
| 8/12/2020 | $ 2,052.10 | $ 2,052.10 | | $ 4,636.35 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,636.35 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,065.87 | $ 2,570.48 | 7/1/2020 | |
| 8/12/2020 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | $ (2,052.10) | | | $ - | $ 13.77 | $ 2,570.48 | | 6/1/2020 |
| 9/15/2020 | $ 2,052.10 | $ 2,052.10 | | $ 4,636.35 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,636.35 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,065.87 | $ 2,570.48 | 8/1/2020 | |
| 9/15/2020 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | $ (2,052.10) | | | $ - | $ 13.77 | $ 2,570.48 | | 7/1/2020 |
| 10/13/2020 | $ 2,052.10 | $ 2,052.10 | | $ 4,636.35 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ 13.77 | $ 2,570.48 | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | | | Last Name | NABI | | | Case # | 18-40861 | | BK Filed Date | 4/13/2018 | | |
| | | | | | | | | | | 1st Post Due | 5/1/2018 | $ 2,054.36 | |
| | | | | | | 2/1/2018 | $ 2,067.62 | | | | 6/1/2019 | $ 2,038.33 | |
| | | | | | | | | | | | 6/1/2020 | $ 2,052.10 | |
| | | | | | | | | | | | 7/1/2021 | $ 2,049.00 | |
| | | | | | | | | | | | 5/1/2022 | $ 2,044.88 | |
| | | | | | | | | | | | 11/1/2022 | $ 2,057.70 | |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 4,636.35 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,065.87 | $ 2,570.48 | 9/1/2020 | |
| 10/13/2020 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | | $ (2,052.10) | | $ - | $ 13.77 | $ 2,570.48 | | 8/1/2020 |
| 12/17/2020 | $ 2,052.10 | $ 2,052.10 | | $ 4,636.35 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,636.35 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,065.87 | $ 2,570.48 | 10/1/2020 | |
| 12/17/2020 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | | $ (2,052.10) | | $ - | $ 13.77 | $ 2,570.48 | | 9/1/2020 |
| 1/14/2021 | $ 4,104.20 | $ 4,104.20 | | $ 6,688.45 | to debtor suspense | $ 4,104.20 | | | $ 4,104.20 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 6,688.45 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 2,052.10 | $ 2,065.87 | $ 2,570.48 | 11/1/2020 | |
| | | | | $ 6,688.45 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 4,117.97 | $ 2,570.48 | 12/1/2020 | |
| 1/14/2021 | | | $ 2,052.10 | $ 4,636.35 | 1 contractual payment | | $ (2,052.10) | | $ - | $ 2,065.87 | $ 2,570.48 | | 10/1/2020 |
| 1/14/2021 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | | $ (2,052.10) | | $ - | $ 13.77 | $ 2,570.48 | | 11/1/2020 |
| 2/9/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,636.35 | to debtor suspense | $ 2,052.10 | | | $ 2,052.10 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,636.35 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ - | $ 2,065.87 | $ 2,570.48 | 1/1/2021 | |
| 2/9/2021 | | | $ 2,052.10 | $ 2,584.25 | 1 contractual payment | | $ (2,052.10) | | $ - | $ 13.77 | $ 2,570.48 | | 12/1/2020 |
| 2/24/2021 | $ 20.30 | $ 20.30 | | $ 2,604.55 | to debtor suspense | $ 20.30 | | | $ 20.30 | $ 13.77 | $ 2,570.48 | | |
| 3/5/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,656.65 | to debtor suspense | $ 2,052.10 | | | $ 2,072.40 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,656.65 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 20.30 | $ 2,065.87 | $ 2,570.48 | 2/1/2021 | |
| 3/8/2021 | | | $ 2,052.10 | $ 2,604.55 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 13.77 | $ 2,570.48 | | 1/1/2021 |
| 4/13/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,656.65 | to debtor suspense | $ 2,052.10 | | | $ 2,072.40 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,656.65 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 20.30 | $ 2,065.87 | $ 2,570.48 | 3/1/2021 | |
| 4/13/2021 | | | $ 2,052.10 | $ 2,604.55 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 13.77 | $ 2,570.48 | | 2/1/2021 |
| 5/12/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,656.65 | to debtor suspense | $ 2,052.10 | | | $ 2,072.40 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,656.65 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 20.30 | $ 2,065.87 | $ 2,570.48 | 4/1/2021 | |
| 5/12/2021 | | | $ 2,052.10 | $ 2,604.55 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 13.77 | $ 2,570.48 | | 3/1/2021 |
| 6/9/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,656.65 | to debtor suspense | $ 2,052.10 | | | $ 2,072.40 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,656.65 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 20.30 | $ 2,065.87 | $ 2,570.48 | 5/1/2021 | |
| 6/9/2021 | | | $ 2,052.10 | $ 2,604.55 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 13.77 | $ 2,570.48 | | 4/1/2021 |
| 7/14/2021 | $ 2,052.10 | $ 2,052.10 | | $ 4,656.65 | to debtor suspense | $ 2,052.10 | | | $ 2,072.40 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,656.65 | 1 pp payment | $ (2,052.10) | $ 2,052.10 | | $ 20.30 | $ 2,065.87 | $ 2,570.48 | 6/1/2021 | |
| 7/15/2021 | | | $ 2,052.10 | $ 2,604.55 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 13.77 | $ 2,570.48 | | 5/1/2021 |
| 8/9/2021 | $ 2,049.00 | $ 2,049.00 | | $ 4,653.55 | to debtor suspense | $ 2,049.00 | | | $ 2,069.30 | $ 13.77 | $ 2,570.48 | | |
| | | | | $ 4,653.55 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 20.30 | $ 2,062.77 | $ 2,570.48 | 7/1/2021 | |
| 8/10/2021 | | | $ 2,052.10 | $ 2,601.45 | 1 contractual payment | | $ (2,052.10) | | $ 20.30 | $ 10.67 | $ 2,570.48 | | 6/1/2021 |
| 9/8/2021 | $ 2,049.00 | $ 2,049.00 | | $ 4,650.45 | to debtor suspense | $ 2,049.00 | | | $ 2,069.30 | $ 10.67 | $ 2,570.48 | | |
| | | | | $ 4,650.45 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 20.30 | $ 2,059.67 | $ 2,570.48 | 8/1/2021 | |
| 9/8/2021 | | | $ 2,049.00 | $ 2,601.45 | 1 contractual payment | | $ (2,049.00) | | $ 20.30 | $ 10.67 | $ 2,570.48 | | 7/1/2021 |
| 9/29/2021 | $ 0.77 | $ 0.77 | | $ 2,602.22 | to debtor suspense | $ 0.77 | | | $ 21.07 | $ 10.67 | $ 2,570.48 | | |
| 11/8/2021 | $ 2,049.00 | $ 2,049.00 | | $ 4,651.22 | to debtor suspense | $ 2,049.00 | | | $ 2,070.07 | $ 10.67 | $ 2,570.48 | | |

| LOAN NUMBER | | Last Name | NABI | Case # | 18-40861 | BK Filed Date | 4/13/2018 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1st Post Due | 5/1/2018 | $ 2,054.36 |
| | | | | 2/1/2018 | $ 2,067.62 | | 6/1/2019 | $ 2,038.33 |
| | | | | | | | 6/1/2020 | $ 2,052.10 |
| | | | | | | | 7/1/2021 | $ 2,049.00 |
| | | | | | | | 5/1/2022 | $ 2,044.88 |
| | | | | | | | 11/1/2022 | $ 2,057.70 |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ 4,651.22 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 21.07 | $ 2,059.67 | $ 2,570.48 | 9/1/2021 | |
| 11/8/2021 | | | $ 2,049.00 | $ 2,602.22 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 10.67 | $ 2,570.48 | | 8/1/2021 |
| 12/8/2021 | $ 2,049.00 | $ 2,049.00 | | $ 4,651.22 | to debtor suspense | $ 2,049.00 | | | $ 2,070.07 | $ 10.67 | $ 2,570.48 | | |
| | | | | $ 4,651.22 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 21.07 | $ 2,059.67 | $ 2,570.48 | 10/1/2021 | |
| 12/8/2021 | | | $ 2,049.00 | $ 2,602.22 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 10.67 | $ 2,570.48 | | 9/1/2021 |
| 1/10/2022 | $ 4,098.00 | $ 4,098.00 | | $ 6,700.22 | to debtor suspense | $ 4,098.00 | | | $ 4,119.07 | $ 10.67 | $ 2,570.48 | | |
| | | | | $ 6,700.22 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 2,070.07 | $ 2,059.67 | $ 2,570.48 | 11/1/2021 | |
| | | | | $ 6,700.22 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 21.07 | $ 4,108.67 | $ 2,570.48 | 12/1/2021 | |
| 1/10/2022 | | | $ 2,049.00 | $ 4,651.22 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 2,059.67 | $ 2,570.48 | | 10/1/2021 |
| 1/10/2022 | | | $ 2,049.00 | $ 2,602.22 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 10.67 | $ 2,570.48 | | 11/1/2021 |
| 2/3/2022 | | | $ 360.40 | $ 2,241.82 | POC escrow | | | $ (360.40) | $ 21.07 | $ 10.67 | $ 2,210.08 | | |
| 2/3/2022 | | | $ 143.49 | $ 2,098.33 | POC late fees | | | $ (143.49) | $ 21.07 | $ 10.67 | $ 2,066.59 | | |
| 2/4/2022 | | | $ 15.00 | $ 2,083.33 | POC prop inspection | | | $ (15.00) | $ 21.07 | $ 10.67 | $ 2,051.59 | | |
| 2/11/2022 | $ 4,098.00 | $ 4,098.00 | | $ 6,181.33 | to debtor suspense | $ 4,098.00 | | | $ 4,119.07 | $ 10.67 | $ 2,051.59 | | |
| | | | | $ 6,181.33 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 2,070.07 | $ 2,059.67 | $ 2,051.59 | 1/1/2022 | |
| | | | | $ 6,181.33 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 21.07 | $ 4,108.67 | $ 2,051.59 | 2/1/2022 | |
| 3/8/2022 | | | $ 2,049.00 | $ 4,132.33 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 2,059.67 | $ 2,051.59 | | 12/1/2021 |
| 3/8/2022 | | | $ 2,049.00 | $ 2,083.33 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 10.67 | $ 2,051.59 | | 1/1/2022 |
| 5/9/2022 | $ 4,098.00 | $ 4,098.00 | | $ 6,181.33 | to debtor suspense | $ 4,098.00 | | | $ 4,119.07 | $ 10.67 | $ 2,051.59 | | |
| | | | | $ 6,181.33 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 2,070.07 | $ 2,059.67 | $ 2,051.59 | 3/1/2022 | |
| | | | | $ 6,181.33 | 1 pp payment | $ (2,049.00) | $ 2,049.00 | | $ 21.07 | $ 4,108.67 | $ 2,051.59 | 4/1/2022 | |
| 5/9/2022 | | | $ 2,049.00 | $ 4,132.33 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 2,059.67 | $ 2,051.59 | | 2/1/2022 |
| 5/9/2022 | | | $ 2,049.00 | $ 2,083.33 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 10.67 | $ 2,051.59 | | 3/1/2022 |
| 7/14/2022 | $ 4,089.76 | $ 4,089.76 | | $ 6,173.09 | to debtor suspense | $ 4,089.76 | | | $ 4,110.83 | $ 10.67 | $ 2,051.59 | | |
| | | | | $ 6,173.09 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 2,065.95 | $ 2,055.55 | $ 2,051.59 | 5/1/2022 | |
| | | | | $ 6,173.09 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 21.07 | $ 4,100.43 | $ 2,051.59 | 6/1/2022 | |
| 7/15/2022 | | | $ 2,049.00 | $ 4,124.09 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 2,051.43 | $ 2,051.59 | | 4/1/2022 |
| | | | | $ 4,124.09 | *5/1/2022 applied at $2,049.00 instead of $2,044.88 per PCN - difference of $4.12* | | | | $ 21.07 | $ 2,051.43 | $ 2,051.59 | | |
| 7/15/2022 | | | $ 2,049.00 | $ 2,075.09 | 1 contractual payment | | $ (2,049.00) | | $ 21.07 | $ 2.43 | $ 2,051.59 | | 5/1/2022 |
| 8/5/2022 | $ 2,044.88 | $ 2,044.88 | | $ 4,119.97 | to debtor suspense | $ 2,044.88 | | | $ 2,065.95 | $ 2.43 | $ 2,051.59 | | |
| | | | | $ 4,119.97 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 21.07 | $ 2,047.31 | $ 2,051.59 | 7/1/2022 | |
| 8/5/2022 | | | $ 2,044.88 | $ 2,075.09 | 1 contractual payment | | $ (2,044.88) | | $ 21.07 | $ 2.43 | $ 2,051.59 | | 6/1/2022 |
| 8/24/2022 | | | $ 2,044.88 | $ 30.21 | 1 contractual payment | | $ (2.43) | $ (2,042.45) | $ 21.07 | $ 0.00 | $ 9.14 | | 7/1/2022 |
| 9/12/2022 | $ 2,044.88 | $ 2,044.88 | | $ 2,075.09 | to debtor suspense | $ 2,044.88 | | | $ 2,065.95 | $ 0.00 | $ 9.14 | | |
| | | | | $ 2,075.09 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 21.07 | $ 2,044.88 | $ 9.14 | 8/1/2022 | |

| LOAN NUMBER | ▮▮▮▮▮▮ | | | Last Name | NABI | | | Case # | 18-40861 | | BK Filed Date | 4/13/2018 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 1st Post Due | 5/1/2018 | $ 2,054.36 |
| | | | | | | | 2/1/2018 | $ 2,067.62 | | | | 6/1/2019 | $ 2,038.33 |
| | | | | | | | | | | | | 6/1/2020 | $ 2,052.10 |
| | | | | | | | | | | | | 7/1/2021 | $ 2,049.00 |
| | | | | | | | | | | | | 5/1/2022 | $ 2,044.88 |
| | | | | | | | | | | | | 11/1/2022 | $ 2,057.70 |

| Transaction Date | Amount Received | Credit to Suspense | Debit from Suspense | Suspense Balance | Transaction Details | Debtor | PP Payment | Trustee | Debtor Balance | PP Payment Balance | Trustee Balance | Date Applied to Post-Petition | Date Applied to Contractually |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/12/2022 | | | $ 2,044.88 | $ 30.21 | 1 contractual payment | | $ (2,044.88) | | $ 21.07 | $ - | $ 9.14 | | 8/1/2022 |
| 11/8/2022 | $ 2,044.88 | $ 2,044.88 | | $ 2,075.09 | to debtor suspense | $ 2,044.88 | | | $ 2,065.95 | $ - | $ 9.14 | | |
| | | | | $ 2,075.09 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 21.07 | $ 2,044.88 | $ 9.14 | 9/1/2022 | |
| 11/8/2022 | | | $ 2,044.88 | $ 30.21 | 1 contractual payment | | $ (2,044.88) | | $ 21.07 | $ - | $ 9.14 | | 9/1/2022 |
| 12/9/2022 | $ 2,044.88 | $ 2,044.88 | | $ 2,075.09 | to debtor suspense | $ 2,044.88 | | | $ 2,065.95 | $ - | $ 9.14 | | |
| | | | | $ 2,075.09 | 1 pp payment | $ (2,044.88) | $ 2,044.88 | | $ 21.07 | $ 2,044.88 | $ 9.14 | 10/1/2022 | |
| 12/9/2022 | | | $ 2,044.88 | $ 30.21 | 1 contractual payment | | $ (2,044.88) | | $ 21.07 | $ - | $ 9.14 | | 10/1/2022 |
| 1/6/2023 | $ 4,115.40 | $ 4,115.40 | | $ 4,145.61 | to debtor suspense | $ 4,115.40 | | | $ 4,136.47 | $ - | $ 9.14 | | |
| | | | | $ 4,145.61 | 1 pp payment | $ (2,057.70) | $ 2,057.70 | | $ 2,078.77 | $ 2,057.70 | $ 9.14 | 11/1/2022 | |
| | | | | $ 4,145.61 | 1 pp payment | $ (2,057.70) | $ 2,057.70 | | $ 21.07 | $ 4,115.40 | $ 9.14 | 12/1/2022 | |
| 1/6/2023 | | | $ 2,057.70 | $ 2,087.91 | 1 contractual payment | | $ (2,057.70) | | $ 21.07 | $ 2,057.70 | $ 9.14 | | 11/1/2022 |
| 1/6/2023 | | | $ 2,057.70 | $ 30.21 | 1 contractual payment | | $ (2,057.70) | | $ 21.07 | $ - | $ 9.14 | | 12/1/2022 |
| 2/7/2023 | $ 2,057.70 | $ 2,057.70 | | $ 2,087.91 | to debtor suspense | $ 2,057.70 | | | $ 2,078.77 | $ - | $ 9.14 | | |
| | | | | $ 2,087.91 | 1 pp payment | $ (2,057.70) | $ 2,057.70 | | $ 21.07 | $ 2,057.70 | $ 9.14 | 1/1/2023 | |
| 2/7/2023 | | | $ 2,057.70 | $ 30.21 | 1 contractual payment | | $ (2,057.70) | | $ 21.07 | $ - | $ 9.14 | | 1/1/2023 |
| 3/9/2023 | $ 2,057.70 | $ 2,057.70 | | $ 2,087.91 | to debtor suspense | $ 2,057.70 | | | $ 2,078.77 | $ - | $ 9.14 | | |
| | | | | $ 2,087.91 | 1 pp payment | $ (2,057.70) | $ 2,057.70 | | $ 21.07 | $ 2,057.70 | $ 9.14 | 2/1/2023 | |
| 3/9/2023 | | | $ 2,057.70 | $ 30.21 | 1 contractual payment | | $ (2,057.70) | | $ 21.07 | $ - | $ 9.14 | | 2/1/2023 |
| 4/11/2023 | $ 2,057.70 | $ 2,057.70 | | $ 2,087.91 | to debtor suspense | $ 2,057.70 | | | $ 2,078.77 | $ - | $ 9.14 | | |
| | | | | $ 2,087.91 | 1 pp payment | $ (2,057.70) | $ 2,057.70 | | $ 21.07 | $ 2,057.70 | $ 9.14 | 3/1/2023 | |
| 4/11/2023 | | | $ 2,057.70 | $ 30.21 | 1 contractual payment | | $ (2,057.70) | | $ 21.07 | $ - | $ 9.14 | | 3/1/2023 |
| | | | | $ 30.21 | MSP Suspense | | | | $ 21.07 | $ - | $ 9.14 | | |
| | | | | $ 30.21 | | | | | $ 21.07 | $ - | $ 9.14 | | |
| | | | | $ 30.21 | | | | | $ 21.07 | $ - | $ 9.14 | | |
| | | | | $ 30.21 | | | | | $ 21.07 | $ - | $ 9.14 | | |
| | | $ 4.12 | | $ 34.33 | adj for 5/1/2022 misapplication | | $ 4.12 | | $ 21.07 | $ - | $ 13.26 | | |
| | | | | $ 34.33 | adj for debtor funds used contr | $ 13.26 | | $ (13.26) | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | | | | | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | | | | | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | **Loan due 4/1/2023** | | | | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | | | | | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | | | | | $ 34.33 | $ - | $ 0.00 | | |
| | | | | $ 34.33 | | | | | $ 34.33 | $ - | $ 0.00 | | |